Nicole Owens
Federal Public Defender
Federal Defender Services of Idaho
702 West Idaho Street, Suite 1000
Boise, Idaho 83702
(208) 331-5500

Attorneys for Olamide Oladosu Shanu

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO
Honorable Amanda K. Brailsford

| United States of America | No. 1:23-cr-00296-AKB |
|---|---|
| Plaintiff | **Unopposed Motion to Continue Trial** |
| v. | |
| Olamide Oladosu Shanu | |
| Defendant | |

Mr. Shanu respectfully moves to continue his trial readiness conference and trial for no less than 90 days. The conference is scheduled for November 6, 2025, and the trial for November 17, 2025. Mr. Shanu also requests a new deadline for filing pretrial motions.

This motion is based on the declaration below and is unopposed by the government. Should the parties resolve this case prior to any new trial setting, undersigned counsel will notify the Court immediately, so it can adjust its calendar accordingly.

Dated: October 30, 2025
        Nicole Owens
        Federal Public Defender
        By:

        /s/ Nicole Owens
        Nicole Owens
        Federal Defender
        Federal Defender Services of Idaho
        Attorneys for Olamide Oladosu Shanu

## Declaration of Nicole Owens

I, Nicole Owens, declare:

1. I am an attorney licensed to practice in the state of Idaho, in the United States District Court for the District of Idaho, and the Ninth Circuit Court of Appeals.

2. My office has been appointed by the Court to represent Olamide Oladosu Shanu in this matter and the trial is currently set for November 17, 2025.

3. I am requesting a continuance of at least 90 days.

4. This continuance is necessary because I require additional time to complete an independent defense investigation. I have been unable to adequately prepare for the trial despite exercising diligence, and a continuance is necessary to ensure that Mr. Shanu receives effective assistance of counsel.

5. This is the first request for a continuance. Mr. Shanu understands his rights under the Speedy Trial Act and waives those rights with respect to any continuance granted by this Court in response to this motion. Mr. Shanu also understands that any continuance will constitute excludable time under the Speedy Trial Act.

6. To date, the government has been providing discovery in a timely fashion, pursuant to the Court's Procedural Order.

7.      I certify that this motion is brought in good faith and not for any purpose of improper delay.

8.      Government counsel has no objection to this request.

I declare under penalty of perjury that the above information is true and correct.

Dated: October 30, 2025          Nicole Owens
                                 Federal Public Defender
                                 By:


                                 /s/ Nicole Owens
                                 Nicole Owens
                                 Federal Defender
                                 Federal Defender Services of Idaho
                                 Attorneys for Olamide Oladosu Shanu

## Certificate of Service

I certify that I am an employee of the Federal Defender Services of Idaho, and that a copy of this document, including any attachments, was electronically served on the party or parties below.

    Brittney Campbell, Assistant U.S. Attorney
    Sean M. Mazorol, Assistant U.S. Attorney

Dated: October 30, 2025        /s/ Sybil Davis
                                         Sybil Davis